# ROUNTREE LAW OFFICES
(A Professional Law Corporation)
400 Hudson Lane
Monroe, Louisiana 71201-5504

*2022 FEB 25 P 1:14*
CLERK OF COURT
RICHLAND PARISH, LA

James A. Rountree
Attorney at Law
jim@jrountree.com

Telephone 318-398-2737
Facsimile 318-398-2738

February 24, 2022

Richland Parish Clerk of Court
201 708 N. Julia Street
Rayville, LA 71269

RE: Brian Hargiss vs. The Princeton Excess Surplus Lines Ins. Co.

Dear Clerk:

Please file this petition into the record on behalf of Brian Hargiss. I have enclosed three copies for your convenience.

I have enclosed my check in the amount of $350.000 for the cost of filing.

I have also enclosed a self addressed stamped envelope so that I can get a stamped copy back.

Please call me if you have any questions.

Yours very truly,

*Shelly*

Shelly Sims,
Legal Assistant to James A. Rountree

JAR/ss
Enclosures



EXHIBIT A

STATE OF LOUISIANA*RICHLAND PARISH* FIFTH JUDICIAL DISTRICT COURT

BRIAN HARGISS

vs. 48540-A

THE PRINCETON EXCESS AND
SURPLUS LINES INSURANCE CO.

FILED: February 25, 2022

Janet Lockwood
DEPUTY CLERK OF COURT

## PETITION

The petition of Brian Hargiss, who is domiciled in this parish, respectfully represents:

1. The defendant is The Princeton Excess and Surplus Lines Insurance Company, a foreign insurance company authorized to do and doing business in the State of Louisiana.

2. Defendant issued a retained limit policy of insurance nominally in favor of Louisiana Sheriffs' Law Enforcement Program. Richland Parish Sheriff Gary Gilley, former RPSO Deputy Darius Williams, former RPSO Deputy Leighton Linder, and former RPSO Deputy James Simmons (Insured Parties) were insured under the policy.

3. The Insured Parties were defendants in the case that proceeded to trial and judgment against them in the United States District Court for the Western District of Louisiana.

4. Attached to this petition as Exhibit A is a copy of the judgment entered October 21, 2021. It is a final judgment.

5. Attached to this petition as Exhibit B is a copy of the letter from plaintiff's counsel to the defendant dated January 12, 2022. While not precisely accurate in all respects, it is a satisfactory proof of loss within the meaning of La. R.S.22:1892(A).

6. Contrary to the requirements of that statute, defendant did not initiate loss adjustment or make a written offer to settle plaintiff's claim.

7. The final judgment in plaintiff's favor fulfills the condition precedent for this suit.

8. Upon information and belief, plaintiff alleges that defendant has resisted its obligation to pay under the policy contending that there was something defective about the notice it was given.

9. Lack of notice or defective notice is not a defense in a direct action to enforce the provisions of an occurrence policy.

10. Because of the clarity of the law, defendant's failure to comply with La. R.S.

22:1892(A) can only be considered arbitrary and capricious.

11. The retained limit of $100,000.00 has been paid.

12. Defendant is liable to plaintiff for the amount by which the final judgment exceeds the retained limit together with penalties and attorney fees in accordance with La. R.S. 1892(B).

**WHEREFORE PLAINTIFF PRAYS** for judgment in his favor and against the defendant for the amount by which the final judgment rendered in the United State District Court exceeds the retained limit, plus 50% of that amount as penalty, reasonable attorney fees, legal interest from judicial demand, and all cost of this proceeding.

**FURTHER PRAYS** for such other relief as to which he proves himself justly entitled.

Respectfully submitted,

_/s/ James A. Rountree_
James A. Rountree, 11491
Rountree Law Offices
400 Hudson Lane
Monroe, Louisiana 71201
Telephone: (318) 398-2737
Facsimile: (318) 398-2738
jim@jrountree.com

**PLEASE SERVE:**

**THE PRINCETON EXCESS AND SURPLUS LINES INS. CO.**
**Through its Agent of Service of Process**
**Louisiana Secretary of State**
**8585 Archive Avenue**
**Baton Rouge, LA 70809**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| BRIAN PATRICK HARGISS | ) | CIVIL ACTION NO. 3:18-CV-01466 |
| | ) | |
| VERSUS | ) | JUDGE TERRY A. DOUGHTY |
| | ) | |
| LASALLE CORRECTIONS, ET AL. | ) | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

A jury trial in the above-referenced matter commenced on October 12, 2021 and concluded on October 13, 2021.

Representing Plaintiff, Brian Hargiss, was Jim Rountree.

Representing Defendants, Sheriff Gary Gilley, Leighton Linder, and Darius Williams, were Laura Rodrigue, Jason P. Wixom, and Blake Arcuri.

Defendant James Travis Simmons was not present in Court.

Following the presentation of live testimony and other evidence, the matter was submitted to the jury, which, following instruction by the Court, considered federal claims arising under 42 U.S.C. § 1983 against Defendants James Travis Simmons, Leighton Linder, and Darius Williams. The jury further received instruction on and considered Louisiana state law claims against Gary Gilley, Sheriff of Richland Parish, James Travis Simmons, Leighton Linder, and Darius Williams. Following deliberation, the jury rendered the following verdict:

As to Plaintiff's claims arising under 42 U.S.C. § 1983, the jury found Defendant James Travis Simmons liable for use of excessive force, and Defendants Leighton Linder and Darius Williams liable for bystander liability under this federal law.

On Plaintiff's Louisiana state law claims, the jury found Defendants James Travis Simmons and Leighton Linder liable for the intentional tort of battery. Sheriff Gary Gilley was

Ex A

also found by the jury to be vicariously liable under Louisiana law as an employer for the actions of James Travis Simmons and Leighton Linder with respect to these state law claims.

The jury apportioned fault as to Plaintiff's Louisiana state law claims as follows, despite Darius Williams having not been found liable for any claim under Louisiana state law:

a. James Travis Simmons   50%
b. Leighton Linder        25%
c. Darius Williams        25%

The jury then awarded the following compensatory damages:

a. Past physical and mental injuries for pain and suffering:   $250,000.00
b. Future physical and mental injuries:                        $50,000.00
c. Past medical expenses:                                      $29,240.40

The jury further awarded the following punitive damages arising under 42 U.S.C. § 1983:

a. James Travis Simmons:   $50,000.00
b. Leighton Linder:        $25,000.00
c. Darius Williams:        $25,000.00

WHEREFORE,

IT IS ORDERED, ADJUDGED, AND DECREED that the defendants pay to the Plaintiff, the extent found liable by the jury on the various claims the amount of **THREE HUNDRED TWENTY-NINE THOUSAND, TWO HUNDRED FORTY DOLLARS AND FORTY CENTS ($329,240.40).**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendant James Travis Simmons pay to the Plaintiff the amount of FIFTY THOUSAND DOLLARS ($50,000.00) in punitive damages;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendant Leighton Linder pay to the plaintiff the amount of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) in punitive damages;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendant Darius Williams pay to the Plaintiff the amount of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) in punitive damages;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendants pay judicial interest as appropriate from the date of judicial demand.

**SIGNED** this 21st day of October, Monroe, Louisiana.

_____
THE HONORABLE TERRY A. DOUGHTY

# ROUNTREE LAW OFFICES

(A Professional Law Corporation)
400 Hudson Lane
Monroe, Louisiana 71201-5504

**James A. Rountree**  
Attorney at Law  
jim@jrountree.com

Telephone 318-398-2737  
Facsimile 318-398-2738

January 12, 2022

The Princeton Excess and Surplus Lines Insurance Co.
555 College Road East
Princeton, NJ 08543
**Attention General Counsel**

        RE:    Brian Hargiss
                  Vs. 18-1466
                  LaSalle Corrections, LLC, et al
                  Policy #: N1-A3-RL-0000063-06

Dear Princeton,

      Enclosed is copy of the judgment rendered in favor of Brian Hargiss against your insured, the Sheriff of Richland Parish. The judgment against the sheriff is in the amount of $329,240.40. Attorney fees in the amount of $78,812.08 were awarded by separate order. Pre-judgment interest is $50,403.10. Post-judgment interest is accruing. The bill is of costs filed in this case was $8,744.85.

      As a result of the punitive or exemplary damages amendment to the policy, you are also responsible for punitive damages in the amount of $50,000.00 awarded against James Simmons, $25,000.00 punitive damages awarded against Darius Williams, and $25,000.00 punitive damages awarded against Leighton Linder. These three deputies were added by amended complaint filed May 16, 2019. Prejudgment interest on these amounts from that date is $12,350.00.

      According to my calculations the total amount owed under the judgment and your policy is $579,550.43, less the retained limit of $100,000.00.

      Prompt payment of $479,550.43 is demanded.

      Thanking you in advance, I am

                                          Yours very truly,

                                          James A. Rountree

JAR/ss

Ex B

**ADVANCE DEPOSIT FUND NO. 2**

| | | | |
|---|---|---|---|
| Paid To: | EAST BATON ROUGE | Check Amount: $40.08 | Check No: 24641 |
| Contract No: | | CheckDate: 2/25/2022 | |
| Suit | Suit Information | Transaction Description | Trans Date    Trans Amount |
| 48540 | BRIAN HARGISS VS THE PRINCETON E | OTHER SHERIFF | 2/25/2022    $40.08 |

24641

**STACIE S. WILLIAMSON**
CLERK OF COURT, RICHLAND PARISH
PO BOX 119, RAYVILLE, LA 71269
ADVANCE DEPOSIT FUND NO. 2

B1BANK

84-542/654

24641

2/25/2022         $40.08
DATE              AMOUNT

****40 DOLLARS AND 08 CENTS****

PAY TO THE ORDER OF

EAST BATON ROUGE PARISH SHERIFF
P O BOX 3277
BATON ROUGE, LA 70821

VOID AFTER 90 DAYS

*Amy Dallas*
AUTHORIZED SIGNATURE

**ADVANCE DEPOSIT FUND NO. 2**                                        24641

| | | | |
|---|---|---|---|
| Paid To: | EAST BATON ROUGE | Check Amount: $40.08 | Check No: 24641 |
| Contract No: | | CheckDate: 2/25/2022 | |
| Suit | Suit Information | Transaction Description | Trans Date    Trans Amount |
| 48540 | BRIAN HARGISS VS THE PRINCETON E | OTHER SHERIFF | 2/25/2022    $40.08 |

PRODUCT DLM102    USE WITH 91500 ENVELOPE    Software & Services Llc (318) 865-1505    PRINTED IN U.S.A.    B

7446121700
D4G1WU CHIKDK06 11/23/2021 16:25 -411-

**ADVANCE DEPOSIT FUND NO. 2**  24642

| Paid To: | LOUISIANA SECRETARY | Check Amount: | $50.00 | Check No: | 24642 |
|---|---|---|---|---|---|
| Contract No: | | CheckDate: | 2/25/2022 | | |
| Suit | Suit Information | Transaction Description | | Trans Date | Trans Amount |
| 48540 | BRIAN HARGISS VS THE PRINCETON E | SECRETARY OF STATE FEE | | 2/25/2022 | $50.00 |

---

24642

**STACIE S. WILLIAMSON**
CLERK OF COURT, RICHLAND PARISH
PO BOX 119, RAYVILLE, LA 71269
ADVANCE DEPOSIT FUND NO. 2

B1BANK
84-542/654

24642

2/25/2022  DATE          $50.00  AMOUNT

****50 DOLLARS AND 00 CENTS****

PAY TO THE ORDER OF
LOUISIANA SECRETARY OF STATE
P O BOX 94125
BATON ROUGE, LA 70804

VOID AFTER 90 DAYS

*amy Callas*
AUTHORIZED SIGNATURE

---

**ADVANCE DEPOSIT FUND NO. 2**  24642

| Paid To: | LOUISIANA SECRETARY | Check Amount: | $50.00 | Check No: | 24642 |
|---|---|---|---|---|---|
| Contract No: | | CheckDate: | 2/25/2022 | | |
| Suit | Suit Information | Transaction Description | | Trans Date | Trans Amount |
| 48540 | BRIAN HARGISS VS THE PRINCETON E | SECRETARY OF STATE FEE | | 2/25/2022 | $50.00 |

PRODUCT DLM102  USE WITH 91500 ENVELOPE    Software & Services Llc (318) 865-1505    PRINTED IN U.S.A.    B

7446121700
B4G1WU CHIKDK06 11/23/2021 16:25 -410-

*RPCC.CV.262014*

## CITATION FOR PETITION

| BRIAN HARGISS | NO. C-48540 DIV. A |
|---|---|

45

**VERSUS**

5TH JUDICIAL DISTRICT COURT
PARISH OF RICHLAND
STATE OF LOUISIANA

THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO

TO: THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO
THROUGH ITS AGENT OF SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE
BATON ROUGE, LA70809

You are named as a defendant in the above captioned matter. Attached to this citation is a:

[X] Certified Copy of Original Petition

[ ] Certified Copy of Amended Petition

[ ] Discovery Request

[ ] Exhibits

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Fifth Judicial District Court located at 708 Julia Street, Rayville, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after is made service on the named party through the service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

Office of the Secretary of State on

MAR 1 4 2022

by tendering a copy of this document to:
JULIE NESBITT

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, LA

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the Fifth Judicial District Court on the February 25, 2022.

Clerk of Court
By: *Janet Lockwood*
Deputy Clerk of Court

Requested by: ROUNTREE, JAMES A

**RETURN**



## ROUNTREE LAW OFFICES

(A Professional Law Corporation)
400 Hudson Lane
Monroe, Louisiana 71201-5504

James A. Rountree
Attorney at Law
jim@jrountree.com

Telephone 318-398-2737
Facsimile 318-398-2738

'22 MAR 7 AM 10:04

March 2, 2022

Richland Parish Clerk of Court
201 708 N. Julia Street
Rayville, LA 71269

      RE: Brian Hargiss vs. The Princeton Excess Surplus Lines Ins. Co.
           48,540A

Dear Clerk:

Please file this amended petition into the record on behalf of Brian Hargiss. I have enclosed two copies for your convenience.

I have enclosed my check in the amount of $ 100.00 for the cost of filing. *posted ck 3-7-22*

I have also enclosed a self addressed stamped envelope so that I can get a stamped copy back.

Please call me if you have any questions.

                                    Yours very truly,

                                    Shelly Sims
                                    Legal Assistant to James A. Rountree

JAR/ss
Enclosures

\\server2\JAR\5676.000 Hargiss, B\collection of judgment\correspondence\ltr to clerk of court 022422.wpd

STATE OF LOUISIANA **PARISH OF RICHLAND** FIFTH JUDICAL DISTRICT COURT

BRIAN HARGISS          FILED: _____ '22 MAR 7 AM 10:05

vs. 48540-A

THE PRINCETON EXCESS AND SURPLUS    *Amy Dallas*
LINES INSURANCE COMPANY       DEPUTY CLERK OF COURT

### AMENDED PETITION

Brian Hargiss, plaintiff, respectfully amends the petition he filed in this case on February 25, 2022, and in connection with this amendment, respectfully shows:

1. No answer or responsive pleading has been filed.
2. Plaintiff referred to the defendant's policy as an occurrence policy in paragraph 9 of the petition. This amendment corrects that statement.
3. The policy is in part a claims made policy.
4. Defendant was given notice of the claim during the policy period.
5. This amendment does not affect the merits of plaintiff's claim or his prayer for relief.
6. Except as specifically stated herein, all of the allegations made in the original petition remain accurate and valid and are adopted by reference.

**WHEREFORE**, plaintiff reiterates his prayer for relief and for judgment against the defendant for the amount by which the judgment rendered on October 21, 2021, exceeds the retained limit of one hundred thousand dollars paid by defendant's insured, together with the penalty and attorney fees applicable in accordance with La. R.S. 22:1892 plus legal interest from the date of judicial demand until paid and all costs of this proceeding.

**PLAINTIFF FURTHER PRAYS** for such other relief to which he proves himself justly entitled.

                 Respectfully submitted,

                 _____
                 James A. Rountree, 11491
                 400 Hudson Lane
                 Monroe, Louisiana 71201
                 Telephone: (318) 398-2737
                 Facsimile: (318) 398-2738
                 jim@jrountree.com

**PLEASE SERVE:**

THE PRINCETON EXCESS AND SURPLUS LINES INS. CO.
Through its Agent of Service of Process
Louisiana Secretary of State
8585 Archive Avenue, Baton Rouge, LA 70809

**ADVANCE DEPOSIT FUND NO. 2**      24681

| | | | | | |
|---|---|---|---|---|---|
| Paid To: | EAST BATON ROUGE | Check Amount: | $40.08 | Check No: | 24681 |
| Contract No: | | CheckDate: | 3/7/2022 | | |
| Suit | Suit Information | Transaction Description | | Trans Date | Trans Amount |
| 48540 | BRIAN HARGISS VS THE PRINCETON E | OTHER SHERIFF | | 3/7/2022 | $40.08 |

---

24681

**STACIE S. WILLIAMSON**
CLERK OF COURT, RICHLAND PARISH
PO BOX 119, RAYVILLE, LA 71269
ADVANCE DEPOSIT FUND NO. 2

B1BANK
84-542/654
24681

3/7/2022     $40.08
DATE     AMOUNT

****40 DOLLARS AND 08 CENTS****

PAY TO THE ORDER OF

EAST BATON ROUGE PARISH SHERIFF
P O BOX 3277
BATON ROUGE, LA 70821

VOID AFTER 90 DAYS

*Amy Dallas*
AUTHORIZED SIGNATURE

---

**ADVANCE DEPOSIT FUND NO. 2**      24681

| | | | | | |
|---|---|---|---|---|---|
| Paid To: | EAST BATON ROUGE | Check Amount: | $40.08 | Check No: | 24681 |
| Contract No: | | CheckDate: | 3/7/2022 | | |
| Suit | Suit Information | Transaction Description | | Trans Date | Trans Amount |
| 48540 | BRIAN HARGISS VS THE PRINCETON E | OTHER SHERIFF | | 3/7/2022 | $40.08 |

PRODUCT DLM102   USE WITH 91500 ENVELOPE    Software & Services Llc (318) 865-1505    PRINTED IN U.S.A.   B

7446121700
D4G1WU CHIKDK06 11/23/2021 16:25 -371-

**ADVANCE DEPOSIT FUND NO. 2**　　　　　　　　　　　　　　　　　　　　　　24680

| Paid To: | LOUISIANA SECRETARY | Check Amount: | $50.00 | Check No: 24680 |
|---|---|---|---|---|
| Contract No: | | CheckDate: | 3/7/2022 | |
| Suit | Suit Information | Transaction Description | Trans Date | Trans Amount |
| 48540 | BRIAN HARGISS VS THE PRINCETON E | SECRETARY OF STATE FEE | 3/7/2022 | $50.00 |

---

**STACIE S. WILLIAMSON**
CLERK OF COURT, RICHLAND PARISH
PO BOX 119, RAYVILLE, LA 71269
ADVANCE DEPOSIT FUND NO. 2

B1BANK
84-542/654

24680

3/7/2022　DATE　　　　$50.00　AMOUNT

****50 DOLLARS AND 00 CENTS****

PAY TO THE ORDER OF

LOUISIANA SECRETARY OF STATE
P O BOX 94125
BATON ROUGE, LA 70804

VOID AFTER 90 DAYS

*Amy Dallas*
AUTHORIZED SIGNATURE

---

**ADVANCE DEPOSIT FUND NO. 2**　　　　　　　　　　　　　　　　　　　　　　24680

| Paid To: | LOUISIANA SECRETARY | Check Amount: | $50.00 | Check No: 24680 |
|---|---|---|---|---|
| Contract No: | | CheckDate: | 3/7/2022 | |
| Suit | Suit Information | Transaction Description | Trans Date | Trans Amount |
| 48540 | BRIAN HARGISS VS THE PRINCETON E | SECRETARY OF STATE FEE | 3/7/2022 | $50.00 |

PRODUCT DLM102   USE WITH 91500 ENVELOPE   Software & Services Llc (318) 865-1505   PRINTED IN U.S.A.   B
7446121700
B4G1WU CHIKDK06 11/23/2021 16:25 -372-

*RPCC.CV.263467*

## CITATION FOR PETITION

| BRIAN HARGISS | NO. C-48540  DIV. A |
|---|---|
| VERSUS | 5TH JUDICIAL DISTRICT COURT<br>PARISH OF RICHLAND<br>STATE OF LOUISIANA |
| THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO | |

TO: THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO
THROUGH ITS AGENT OF SERVICE OF PROCESS LOUISIANA SECRETARY OF STATE
8585 ARCHIVE AVENUE
BATON ROUGE, LA 70809

You are named as a defendant in the above captioned matter. Attached to this citation is a:

- [ ] Certified Copy of Original Petition
- [X] Certified Copy of Amended Petition
- [ ] Discovery Request
- [ ] Exhibits

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Fifth Judicial District Court located at 708 Julia Street, Rayville, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the Fifth Judicial District Court on the March 7, 2022.

Clerk of Court
By: _Amy Dallao_
Deputy Clerk of Court

Requested by: ROUNTREE, JAMES A

---

**RETURN**

**\*RPCC.CV.262014\***

## CITATION FOR PETITION

| BRIAN HARGISS | NO. C-48540 DIV. A |
|---|---|

45

**VERSUS**

5TH JUDICIAL DISTRICT COURT
PARISH OF RICHLAND
STATE OF LOUISIANA

**THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO**

**TO: THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO**
**THROUGH ITS AGENT OF SERVICE OF PROCESS**
**LOUISIANA SECRETARY OF STATE**
**BATON ROUGE, LA70809**

You are named as a defendant in the above captioned matter. Attached to this citation is a:

[X] Certified Copy of Original Petition

[ ] Certified Copy of Amended Petition

[ ] Discovery Request

[ ] Exhibits

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Fifth Judicial District Court located at 708 Julia Street, Rayville, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after made service on the named party through the service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

Office of the Secretary of State on

**MAR 1 4 2022**

by tendering a copy of this document to:
**JULIE NESBITT**

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge, LA

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the Fifth Judicial District Court on the February 25, 2022.

Clerk of Court
By: *Janet Lockwood*
Deputy Clerk of Court

Requested by: ROUNTREE, JAMES A

---

**RETURN**



Stacie Williamson
Clerk of Court, Parish of RICHLAND
FIFTH JUDICIAL DISTRICT COURT Judicial District

Notice of Sheriff Returns

JAMES A ROUNTREE
ROUNTREE LAW OFFICES
400 HUDSON LANE
MONROE, LOUISIANA 71201-5504

C-48540
BRIAN HARGISS
 VS.
THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO

Domiciliary Service on:
 THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO /
 THROUGH ITS AGENT OF SERVICE OF PROCESS LOUISIANA
 SECRETARY OF STATE

Date: 3/14/2022
Item: CITATION For Petition Final (003)