# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **BRIAN PATRICK HARGISS** | **CIV. ACTION NO. 3:22-00886** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PRINCETON EXCESS & SURPLUS LINES INSURANCE CO.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, together with the written objection [Doc. No. 18] filed by Plaintiff, and the Reply [Doc. No. 19] filed by Defendant, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand for Lack of Jurisdiction and Associated Request for Costs and Attorney Fees [Doc. No. 5], filed by Plaintiff Brian Hargiss is **DENIED**.

MONROE, LOUISIANA, this 14th day of July 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE