UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRIAN PATRICK HARGISS** | **CIV. ACTION NO. 3:22-00886** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PRINCETON EXCESS & SURPLUS LINES INSURANCE CO** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 31] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for failure to state a claim upon which relief can be granted [Doc. No. 13] filed by Defendant The Princeton Excess and Surplus Lines Insurance Company is **GRANTED IN PART**, and that Plaintiff Brian Hargiss's claims for penalties and attorney's fees under Louisiana Revised Statute § 22:1892 are hereby **DISMISSED WITH PREJUDICE**. FED. R. CIV. P. 12(b)(6).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss [Doc. No. 13] otherwise is **DENIED**.

Monroe, Louisiana, this 1st day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE