# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN HARGISS | * | CIVIL ACTION NO.: 3:22-cv-00886 |
| | * | |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| | * | |
| THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO. | * * * | MAGISTRATE KAYLA D. McCLUSKY |

*************************************************************************

## ORDER

HAVING CONSIDERED the *Motion to Consolidate* filed on Behalf of Defendant, The Princeton Excess and Surplus Lines Insurance Company, which is now unopposed,

IT IS HEREBY ORDERED that the Motion is GRANTED:

IT IS FURTHER ORDERED that *Louisiana Sheriffs' Law Enforcement Program and Gary Gilley, Sheriff of Richland Parish v. The Princeton Excess and Surplus Lines Insurance Company*, Civil Action No. 3:22-cv-00952 is hereby consolidated with *Brian Patrick Hargis v. Princeton Excess and Surplus Lines Insurance Company*, Civil Action No. 3:22-cv-00866 for all purposes pursuant to Federal Rule of Civil Procedure 42(a).

_____
MAGISTRATE JUDGE

{01482739.DOCX;1}