UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRIAN PATRICK HARGISS** | **CASE NO. 3:22-CV-00886 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PRINCETON EXCESS & SURPLUS LINES INSURANCE CO** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

For the reasons set forth in the Memorandum Ruling and having considered Princeton Excess & Surplus Lines Insurance Co.'s ("PESLIC") Alternative Motion for Summary Judgment on Criminal Act Exclusion [Doc. No. 76], Brian Hargiss's Opposition [Doc. No. 93-1], Louisiana Sheriff Law Enforcement Program's and Sheriff Gary Gilley's ("Gilley") Opposition, and PESLIC's Replies [Doc. Nos. 100, 115],

**IT IS ORDERED, ADJUDGED,** and **DECREED** that PESLIC's Alternative Motion for Summary Judgment on Criminal Act Exclusion [Doc. No. 76] is **GRANTED IN PART** and **DENIED IN PART.**

To the extent that PESLIC moves for summary judgment to exclude coverage of Leighton Linder's ("Linder") intentional tort claim, PESLIC's Motion is **DENIED**.

To the extent that PESLIC moves for summary judgment to exclude coverage of the bystander liability claims against Linder and Darius Williams, PESLIC's Motion is **GRANTED**.

To the extent that PESLIC moves this Court to exclude coverage of Gilley's claims, PESLIC's Motion is **DENIED**.

MONROE, LOUISIANA, this 6th day of February 2024.

                                                    _____
                                                           TERRY A. DOUGHTY
                                                    UNITED STATES DISTRICT JUDGE