UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRIAN PATRICK HARGISS** | **CASE NO. 3:22-CV-00886 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PRINCETON EXCESS & SURPLUS LINES INSURANCE CO** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

Pursuant to the Court's Memorandum Ruling [Doc. No 185],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motions for Partial Judgment on the Pleadings [Doc. Nos. 168, 169] are **GRANTED IN PART** and **DENIED IN PART** consistent with the Court's opinion.

**IT IS FURTHER ORDERED** that the Motion for Leave to File [Doc. No. 184] is **DENIED** as moot.

MONROE, LOUISIANA, this 30th day of September, 2024.

_____
Terry A. Doughty
United States District Judge