UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRIAN PATRICK HARGISS** | **CASE NO.  3:22-CV-00886 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PRINCETON EXCESS & SURPLUS LINES INSURANCE CO** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

Pursuant to the Court's previous Judgment [Doc. No. 186] which granted in part and denied in part Defendant's Motion for Judgment on Partial Findings, and following Defendants' Joint Motion to Withdraw Corridor Retention Affirmative Defense and Any Claims of Bad Faith [Doc. No. 210],

**IT IS ORDERED, ADJUDGED, AND DECREED** that Final Judgment be entered, and the Clerk is requested to close the case.

MONROE, LOUISIANA, this 16th day of December, 2024.

_____
Terry A. Doughty
United States District Judge