UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

**BRIAN PATRICK HARGISS**                              **CASE NO.  3:22-CV-00886 LEAD**

**VERSUS**                                                                **JUDGE TERRY A. DOUGHTY**

**PRINCETON EXCESS & SURPLUS LINES**          **MAG. JUDGE KAYLA D. MCCLUSKY**
**INSURANCE CO**

**JUDGMENT**

On December 16, 2024, the Court rendered Final Judgment and requested the Clerk to close the case [Doc. No. 213]. However, the Judgment did not state Hargiss' final Judgment amount applicable to Princeton. Accordingly,

**IT IS ORDERED** that the Judgment entered on December 16, 2024, [Doc. No. 213] is **VACATED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the Court's previous Memorandum Ruling which held the amount of the Judgment applicable to Princeton to be the principle sum of $205,775.25, less the $100,000 retention amount paid by LSLEP, plus legal interest from date of judicial demand, plus all applicable court costs [Doc. No. 185], and the Court's subsequent Judgment which granted in part and denied in part Defendant's Motion for Judgment on Partial Findings [Doc. No. 186], and Defendants' Joint Motion to Withdraw Corridor Retention Affirmative Defense and Any Claims of Bad Faith [Doc. No. 210], that Final Judgment be entered, and the Clerk is requested to close the case.

MONROE, LOUISIANA this 18th day of December 2024.

_____
**TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT**