UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRIAN PATRICK HARGISS** | **CASE NO. 3:22-CV-00886 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PRINCETON EXCESS & SURPLUS LINES INSURANCE CO** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# ORDER

Considering the foregoing Motion for Stay of Judgment Pending Appeal and to Approve Amount of Supersedeas Bond [Doc. No. 222] filed by Princeton Excess and Surplus Lines Insurance Company ("PESLIC"),

**IT IS ORDERED** that the Motion for Stay of Judgment Pending Appeal is **GRANTED,**

**IT IS FURTHER ORDERED** that PESLIC is granted leave to post a Supersedeas Bond to prosecute its appeal in the amount of ONE HUNDRED TWENTY-SIX THOUSAND, NINE HUNDRED THIRTY AND 30/100 DOLLARS ($126,930.30).

MONROE, LOUISIANA, this 15th day of January, 2025.

_____
Terry A. Doughty
United States District Judge